IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TIMOTHY CRAIG WALKER                                                                 PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 3:08CV478JCS

MARK SHEPHERD

## JUDGMENT

In accordance with the order of this court rendered this date, it is hereby ORDERED AND ADJUDGED that the complaint of Timothy Craig Walker is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this 21 day of April, 2009.

                                                    ____s/ James C. Sumner_____
                                                   UNITED STATES MAGISTRATE JUDGE